# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Mahmoud Elmilligy,
Plaintiff,

v.

Noha Sedik,
Defendant.

CIVIL ACTION
COMPLAINT AND JURY DEMAND

## COMPLAINT

Plaintiff Mahmoud Elmilligy brings this civil rights action under 42 U.S.C. § 1983 and related state-law causes of action arising from Defendant Noha Sedik's assault on May 30, 2023, her false DCPP and police report on May 31, 2023, and her June 2, 2023 attempt to obtain a default divorce judgment without service. Defendant's actions were deliberate, malicious, retaliatory, and intended to deprive Plaintiff of parental rights in violation of the Fourteenth Amendment.

## FACTUAL ALLEGATIONS

1. On May 30, 2023, Defendant assaulted Plaintiff inside the marital home by chasing him, striking him, and causing visible injuries.
2. Defendant later admitted under oath in a counter-TRO filed June 9, 2023 that she 'hurt her hands while chasing him,' confirming she was the aggressor.
3. Plaintiff immediately emailed Defendant's attorney documenting the assault and advising that domestic violence during a divorce was unacceptable.
4. Plaintiff possesses video evidence from the same evening showing the aftermath of the assault and his visible injuries.
5. On May 31, 2023, Defendant filed a false police and DCPP report accusing Plaintiff of wrongdoing, triggering government action and violating Plaintiff's rights.
6. On June 2, 2023—within 72 hours—Defendant and her attorney filed for a default divorce judgment despite knowing Plaintiff had not been served.
7. Beginning in June 2023, Defendant also withheld all medical, school, and insurance information regarding the children, further depriving Plaintiff of his parental rights.

## CAUSES OF ACTION

### Count I – 42 U.S.C. § 1983
### (Malicious Abuse of Legal Process)

Defendant weaponized the police, DCPP, and state judicial processes to retaliate against Plaintiff and to gain leverage in divorce proceedings, violating his constitutional rights.

### Count II – 42 U.S.C. § 1983
### (Fourteenth Amendment – Parental Liberty Deprivation)

Defendant's actions deprived Plaintiff of his fundamental liberty interest in the care, custody, and companionship of his children.

### Count III – Assault and Battery (State Law)

Defendant assaulted Plaintiff on May 30, 2023 causing pain and injury.

### Count IV – Malicious Prosecution (State Law)

Defendant knowingly filed a false DCPP and police report without probable cause.

### Count V – Intentional Infliction of Emotional Distress

Defendant's conduct was extreme, outrageous, and intentionally directed at destroying Plaintiff's parental relationship.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Award compensatory damages;
B. Award punitive damages for Defendant's malicious conduct;
C. Declare that Defendant violated Plaintiff's constitutional rights;
D. Award costs and fees as permitted by law;
E. Grant such other relief as the Court deems just.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

*Mahmoud Elmilligy*

Mahmoud Elmilligy

Temporary Mailing Address: 103 W 42nd Street, Bayonne, NJ 07002
Email: mahmoud.elmilligy@gmail.com
Pro Se Plaintiff